UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff/Respondent, | Case No. CV 24-83-BLG-SPW |
| vs. | |
| TYLER DALE MEDICIN HORSE, | |
| Defendant/Movant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of June 1, 2026, entered in CR 22-69-BLG-SPW (Doc. 59), judgment is entered in favor of the United States and against Medicine Horse, and this action is DISMISSED.

Dated this 1st day of June, 2026.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk